```
 1  MCGREGOR SCOTT
    United States Attorney
 2  Mary L. Grad
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2763
 5
```



FILED
APR 2 2 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION FOR AN ORDER )<br>AUTHORIZING SERVICE PROVIDER TO )<br>PROVIDE SUBSCRIBER INFORMATION )<br>AND CELL SITE INFORMATION )<br>_____ ) | NO. SW 2:05-SW-0099 DAD<br><br>**(UNDER SEAL)** |

O R D E R

This matter has come before the Court pursuant to an Application under Title 18, United States Code, Sections 3122 and 2703 by Mary L. Grad, an attorney of the United States Department of Justice. The Application requests an order requiring Nextel Communications to provide subscriber information and cell site information for the telephone identified by telephone number **(209) 321-3402.**

The Court finds that the applicant has provided specific articulable facts showing that there are reasonable grounds to believe that the information likely to be obtained by disclosure the requested information is relevant to a legitimate ongoing criminal investigation into possible violations of Title 21, United States Code, Section 846 and 841(a)(1), Conspiracy to Distribute a Controlled Substance.

The Court further finds that the government has made a

1  showing that there is reason to believe that notification or
2  disclosure by Nextel Communications and any other involved
3  telephone company, of the existence of the investigation, the
4  existence of the request for this information and other relevant
5  information will (1) endanger the life or safety of government
6  agents; (2) cause the subjects to flee to avoid prosecution; or
7  (3) seriously jeopardize the investigation in that the suspects
8  will stop using their telephones, begin using pay telephones, or
9  move their illegal operations elsewhere.
10      IT APPEARING that the subscribers and the cell site
11  information for **(209) 321-3402**, are relevant to an ongoing
12  criminal investigation of the specified offenses, THE FOLLOWING IS
13  HEREBY ORDERED:
14      1.   Pursuant to Title 18, United States Code, Section 2703,
15  Nextel Communications shall provide to agents of the Drug
16  Enforcement Administration with subscriber information and cell
17  site information for the period March 21, 2005 through April 20,
18  2005.
19      2.   Pursuant to Title 18, United States Code, Section
20  3123(b)(2), Nextel Communications shall furnish agents of the Drug
21  Enforcement Administration forthwith all information, and
22  assistance necessary to accomplish this order
23      3.   Nextel Communications shall be compensated by the
24  government for reasonable expenses incurred in providing
25  facilities and technical assistance in connection with providing
26  the requested information.
27      4.   Pursuant to Title 18, United States Code, Sections 3123
28  (d) and 2705 (b), this Order and the Application shall be sealed

2

1 until otherwise ordered by the Court, and Nextel Communications,
2 and any other involved telephone company, shall not disclose the
3 existence of the investigation, the existence of the request for
4 the information encompassed by this order.
5 IT IS SO ORDERED.
6 DATED: April 21, 2005

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE